AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan ▼

In re DMCA Subpoena to CLOUDFLARE, Inc.
_____
*Plaintiff*
v.                          Civil Action No.

_____
*Defendant*

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  CLOUDFLARE, INC.
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE EXHIBIT "A"

| Place: Silverstein Legal<br>30150 Telegraph Road, Suite 444<br>Bingham Farms, MI 48025 | Date and Time:<br>11/29/2021 11:16 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

               *CLERK OF COURT*
                                          OR

_____     _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Well Go Entertainment USA, LLC_____, who issues or requests this subpoena, are:
Corey D. Silverstein, Esq. (corey@silversteinlegal.com), 30150 Telegraph Road, Suite 444, Bingham Farms, MI 48025
(248) 290-0655

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT "A"

All information sufficient to identify the operator and/or owner of the website located at www.ev01.to (the "Infringing Website"), specified in the attached notice dated October 27, 2021 to the Infringing Website, from any and all sources, including but not limited to billing or administrative records that show the name(s), address(es), telephone number(s), email address(es), IP address(es), account number(s), credit card numbers and any other electronic or physical documents identifying the name(s) and address(es) or contact information of the operator and/or owner of the Infringing Website.

Remove Your Media, LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:  infringement@removeyourmedia.com
10/27/2021 2:55:49 PM

re:     https://www.ev01.to   ( IP 2606:4700:3035::6815:35ca )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of http://wellgousa.com/ whose
exclusive copyrights are being
infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
Well Go Entertainment USA Inc
3801 E Plano Pkwy Ste 300
Plano TX 75074
ph #:972-265-4317

The works are copyrighted motion pictures, Title(s):
1911
Badges of Fury
Better Days
Big Brother
Black Coal, Thin Ice
Brotherhood of Blades
Brotherhood of Blades II
Call of Heroes
Chasing the Dragon
Chasing the Dragon II
Chronicles of the Ghostly Tribe
City of Rock
Cold War II
Detection of Di Renjie
Detective Dee: The Four Heavenly Kings
Drug War
Enter The Fat Dragon
Firestorm
Girls vs Gangsters
God of War
Iceman
Ip Man 2
Ip Man: The Final Fight
Jiang Ziya
Kung Fu Jungle (aka Kung Fu Killer)
Kung Fu League
Kung Fu Monster

Legend of the Fist: The Return of Chen Zhen
Legend of the Naga Pearls
Legendary Amazons
Let the Bullets Fly
Line Walker 2
Little Big Soldier
Master Z: IP Man Legacy
Midnight Diner
Mojin: The Lost Legend
Mojin: The Worm Valley
Ne Zha
Ocean Heaven
Once Upon a Time
Once Upon a Time in Shanghai
Operation Mekong
Operation Red Sea
Painted Skin: The Resurrection
Phantom of the Theatre
Police Story: Lockdown
Railroad Tigers
Reset
Rigor Mortis
Rise of the Legend
Saving General Yang
Saving Mr. Wu
Shadow
Shaolin
Shocking Kung Fu of Huo's
Sky on Fire
Snow Girl and the Dark Crystal
Special ID
SPL 2: A Time for Consequences (aka Kill Zone 2)
Sword Master
Tai Chi Hero
Tai Chi Zero
The Adventurers
The Assassin
The Assassins
The Bodyguard
The Brink
The Chef, The Actor, The Scoundrel
The Climbers
The Final Master
The Four
The Game Changer
The Great Hypnotist
The Guillotines
The Knight of Shadows: Between Yin and Yang
The Monkey King 2
The Monkey King 3

The Taking of Tiger Mountain
The Thousand Faces of Dunjia
The White Haired Witch of Lunar Kingdom
The Wrath Of Vajra
This Is Not What I Expected
Triple Threa
Wolf Warrior
Wolf Warrior 2
Young Detective Dee: Rise of the Sea Dragon
Z Storm

I have a good faith belief that the items or materials listed below are not authorized
by the above owners, their agents or the law and therefore infringe the owner's rights.
Please act expeditiously to remove or disable access to the infringing material or items
listed as follows - the images, videos and/or download links at the following URL(s):

https://ev01.to/watch-movie/watch-1911-online-10122.2397422
https://ev01.to/watch-movie/watch-badges-of-fury-online-11640.2523386
https://ev01.to/watch-movie/watch-better-days-online-40304.3925252
https://ev01.to/watch-movie/watch-big-brother-online-59681.4010778
https://ev01.to/watch-movie/watch-black-coal-thin-ice-online-5687.2569487
https://ev01.to/watch-movie/watch-brotherhood-of-blades-ii-the-infernal-battlefield-online-58410.1631087
https://ev01.to/watch-movie/watch-brotherhood-of-blades-online-6326.2521835
https://ev01.to/watch-movie/watch-call-of-heroes-online-15513.2520090
https://ev01.to/watch-movie/watch-chasing-the-dragon-ii-online-45484.2399122
https://ev01.to/watch-movie/watch-chasing-the-dragon-online-2570.2511636
https://ev01.to/watch-movie/watch-chronicles-of-the-ghostly-tribe-online-3420.2573359
https://ev01.to/watch-movie/watch-city-of-rock-online-56841.2531240
https://ev01.to/watch-movie/watch-cold-war-ii-online-14798.2574241
https://ev01.to/watch-movie/watch-detection-of-di-renjie-online-64302.3721645
https://ev01.to/watch-movie/watch-detective-dee-the-four-heavenly-kings-online-17745.2508633
https://ev01.to/watch-movie/watch-drug-war-online-11681.2520698
https://ev01.to/watch-movie/watch-enter-the-fat-dragon-online-9256.2823539
https://ev01.to/watch-movie/watch-firestorm-online-4262.2761162
https://ev01.to/watch-movie/watch-girls-vs-gangsters-online-14317
https://ev01.to/watch-movie/watch-god-of-war-online-5204.2522077
https://ev01.to/watch-movie/watch-iceman-online-10006.2510545

https://ev01.to/watch-movie/watch-ip-man-2-online-57428.2537364
https://ev01.to/watch-movie/watch-ip-man-the-final-fight-online-57018.2532335
https://ev01.to/watch-movie/watch-kung-fu-jungle-online-12691.2807770
https://ev01.to/watch-movie/watch-kung-fu-league-online-19058.2519677
https://ev01.to/watch-movie/watch-kung-fu-monster-online-60345.2535613
https://ev01.to/watch-movie/watch-legend-of-deification-online-67746.4077582
https://ev01.to/watch-movie/watch-legend-of-the-fist-the-return-of-chen-zhen-online-12815.2808306
https://ev01.to/watch-movie/watch-legend-of-the-naga-pearls-online-59377.2429096
https://ev01.to/watch-movie/watch-legendary-amazons-online-56981.2532305
https://ev01.to/watch-movie/watch-let-the-bullets-fly-online-9969.2808474
https://ev01.to/watch-movie/watch-line-walker-2-online-45793.2526638
https://ev01.to/watch-movie/watch-little-big-soldier-online-11729.2520691
https://ev01.to/watch-movie/watch-master-z-ip-man-legacy-online-19758.2518866
https://ev01.to/watch-movie/watch-midnight-diner-online-63465.3360084
https://ev01.to/watch-movie/watch-mojin-the-lost-legend-online-11008.2520812
https://ev01.to/watch-movie/watch-mojin-the-worm-valley-online-2028.2522653
https://ev01.to/watch-movie/watch-ne-zha-online-48698.2535982
https://ev01.to/watch-movie/watch-ocean-heaven-online-9729.2811412
https://ev01.to/watch-movie/watch-once-upon-a-time-in-shanghai-online-5768.2521980
https://ev01.to/watch-movie/watch-once-upon-a-time-online-66729.3999818
https://ev01.to/watch-movie/watch-operation-mekong-online-7149.2521645
https://ev01.to/watch-movie/watch-operation-red-sea-online-18425.2508318
https://ev01.to/watch-movie/watch-painted-skin-the-resurrection-online-514.2522850
https://ev01.to/watch-movie/watch-phantom-of-the-theatre-online-54917
https://ev01.to/watch-movie/watch-police-story-lockdown-online-13628.2520282
https://ev01.to/watch-movie/watch-railroad-tigers-online-8969.2521189
https://ev01.to/watch-movie/watch-reset-online-8919.2510769
https://ev01.to/watch-movie/watch-rigor-mortis-online-4782.2522172
https://ev01.to/watch-movie/watch-rise-of-the-legend-online-7914.2521444
https://ev01.to/watch-movie/watch-saving-general-yang-online-1753.2522694
https://ev01.to/watch-movie/watch-saving-mr-wu-online-58066.1639053
https://ev01.to/watch-movie/watch-shadow-online-6946.2521692
https://ev01.to/watch-movie/watch-shaolin-online-57039.2532348

https://ev01.to/watch-movie/watch-shocking-kung-fu-of-huos-online-64032.3506150
https://ev01.to/watch-movie/watch-sky-on-fire-online-56610.2531049
https://ev01.to/watch-movie/watch-special-id-online-9987.2520983
https://ev01.to/watch-movie/watch-spl-2-a-time-for-consequences-online-11084.2863010
https://ev01.to/watch-movie/watch-sword-master-online-56342.2530823
https://ev01.to/watch-movie/watch-tai-chi-hero-online-7946
https://ev01.to/watch-movie/watch-tai-chi-zero-online-3999
https://ev01.to/watch-movie/watch-the-adventurers-online-12660.2509933
https://ev01.to/watch-movie/watch-the-assassin-online-10710.2523236
https://ev01.to/watch-movie/watch-the-assassins-online-1404
https://ev01.to/watch-movie/watch-the-bodyguard-online-2317.2522608
https://ev01.to/watch-movie/watch-the-brink-online-255.2523342
https://ev01.to/watch-movie/watch-the-chef-the-actor-the-scoundrel-online-57012.2532330
https://ev01.to/watch-movie/watch-the-climbers-online-66034.3962660
https://ev01.to/watch-movie/watch-the-final-master-online-4768
https://ev01.to/watch-movie/watch-the-four-online-278
https://ev01.to/watch-movie/watch-the-game-changer-online-56522.2758641
https://ev01.to/watch-movie/watch-the-great-hypnotist-online-58698.1630162
https://ev01.to/watch-movie/watch-the-guillotines-online-6834.2521712
https://ev01.to/watch-movie/watch-the-knight-of-shadows-between-yin-and-yang-online-18330.2519730
https://ev01.to/watch-movie/watch-the-monkey-king-2-online-12592.2511991
https://ev01.to/watch-movie/watch-the-monkey-king-3-online-16532.2519338
https://ev01.to/watch-movie/watch-the-taking-of-tiger-mountain-online-15972
https://ev01.to/watch-movie/watch-the-thousand-faces-of-dunjia-online-53081.3729616
https://ev01.to/watch-movie/watch-the-white-haired-witch-of-lunar-kingdom-online-6483.2511213
https://ev01.to/watch-movie/watch-the-wrath-of-vajra-online-2681.2522565
https://ev01.to/watch-movie/watch-this-is-not-what-i-expected-online-59337.2534112
https://ev01.to/watch-movie/watch-triple-threat-online-8137.2523581
https://ev01.to/watch-movie/watch-wolf-warrior-2-online-12704
https://ev01.to/watch-movie/watch-wolf-warrior-online-7437.2521580
https://ev01.to/watch-movie/watch-young-detective-dee-rise-of-the-sea-dragon-online-56949.2532280
https://ev01.to/watch-movie/watch-z-storm-online-57100.2536822
https://ev01.to/watch-movie/watch-zhongkui-snow-girl-and-the-dark-crystal-online-57585.2532757

Truthfully,

```
/S/: Eric Green

pub   rsa2048 2014-04-12 [SC]
      089458D0C761834D2A33C4E7513DD8CCF8D64BDD
uid           Eric Green <infringement@removeyourmedia.com>
sub   rsa2048 2014-04-12 [E]
```

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

In re DMCA Subpoena to CLOUDFLARE, Inc.    )
                                           )    Civ.

### DECLARATION OF COREY D. SILVERSTEIN IN SUPPORT OF DMCA SUBPOENA

Corey D. Silverstein pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.
2. I am the attorney for Well Go Entertainment USA, LLC, and submit this Declaration in support of DMCA Subpoena to Cloudflare, Inc.
3. The purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting my client's intellectual property rights.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2021.

_____
Corey D. Silverstein